# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-13315** |
| **Frank Pileggi** | : | **Chapter 13** |
| **Julie D Pileggi** | : | **Judge Jean K. FitzSimon** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | | |
| | : | |
| **USB Leasing LT** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **May 27, 2020 at 9:30 a.m.** |
| | : | |
| | : | _____ |
| **Frank Pileggi** | : | |
| **Julie D Pileggi** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #3** |
| **Scott F. Waterman (Chapter 13)** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the Motion for Relief from the Automatic Stay filed by USB Leasing LT ("Creditor"), it is hereby **ORDERED,** that the Motion is granted and that the Automatic Stay be and hereby is terminated as it affects the interest of USB Leasing LT in and to the Property of Debtor described as a 2015 Dodge Durango bearing the Vehicle Identification Number ("VIN" ) 1C4RDJDG1FC953896, and more particularly described in the Contract.

Compliance with Federal Rule of Bankruptcy Procedure 3002.l is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

_____
JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

20-001636_FXF